UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00073-RJC-DCK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTIMUM INCOME PROPERTY, LLC, OPTIMUM PROPERTY INVESTMENTS, LLC, and FRANK E. LLERAS, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed its Complaint on February 10, 2016. (Doc. No. 1). On February 11, 2016, summonses were issued by the Clerk of Court. (Doc. No. 2). However, based on a review of the docket in this case, it appears that Plaintiff has not perfected service upon the defendants.

Federal Rule of Civil Procedure 4(m) provided as follows:

If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff had until May 10, 2016, within which to serve its Complaint on the defendants. That time has long expired. Consequently, Plaintiff shall have fourteen (14) days from the entry of this Order within which to perfect service upon the defendants and provide the Court with proof of service or to show good cause for its failure to perfect service. Plaintiff is hereby warned that failure to perfect service or show good cause by this deadline will result in its case being **dismissed**

**without prejudice**.

**IT IS, THEREFORE, ORDERED** that Plaintiff perfect service upon the defendants and provide the Court with proof of service or show good cause for its failure to perfect service within **fourteen (14) days** of this Order. **Failure to provide the Court with proof of service or to show good cause for the failure of service within fourteen (14) days will result in dismissal of the Complaint.**

Signed: July 13, 2016

Robert J. Conrad, Jr.
United States District Judge