# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | :    Civil Action No. 3:16-cv-00073- <br> :    RJC-DCK <br> : |
| v. | : <br> : |
| OPTIMUM INCOME PROPERTY, LLC, OPTIMUM PROPERTY INVESTMENTS, LLC, and FRANK E. LLERAS, | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST OPTIMUM INCOME PROPERTY, LLC AND OPTIMUM PROPERTY INVESTMENTS, LLC WITH PREJUDICE

Plaintiff, Securities and Exchange Commission, hereby voluntarily dismisses its claims for a permanent injunction, disgorgement, and a civil penalty for violations of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] against Optimum Income Property, LLC and Optimum J.C. Reed & Company, Inc. with prejudice.

Dated: September 15, 2017

Respectfully submitted,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
Tel: (404) 842-7655
Email: murnahank@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange
Commission
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, Georgia 30326
Tel: (404) 842-7600
Fax: (703) 813-9525

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| | : |
| | : |
| **Plaintiff,** | : |
| | : |
| | : **Civil Action No. 3:16-cv-00073-** |
| | : **RJC-DCK** |
| **v.** | : |
| | : |
| **OPTIMUM INCOME PROPERTY, LLC,** | : |
| **OPTIMUM PROPERTY** | : |
| **INVESTMENTS, LLC, and** | : |
| **FRANK E. LLERAS,** | : |
| | : |
| **Defendants.** | : |
| | : |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 15th day of September, 2017 I have served the foregoing on the following non-CM/ECF filer by UPS Express mail courier:

Optimum Income Property, LLC
c/o Frank E. Lleras
Register No. 31051-058
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509

Frank E. Lleras
Register No. 31051-058
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509

Frank E. Lleras
Register No. 31051-058
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509

3

Respectfully submitted,

*/s/ Kristin W. Murnahan*

4