# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 3:16-cv-00073-RJC-DCK |
| v. | |
| OPTIMUM INCOME PROPERTY, LLC, OPTIMUM PROPERTY INVESTMENTS, LLC, and FRANK E. LLERAS, | |
| Defendants. | |

## AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST OPTIMUM INCOME PROPERTY, LLC AND OPTIMUM PROPERTY INVESTMENTS, LLC WITH PREJUDICE

Plaintiff, Securities and Exchange Commission, hereby voluntarily dismisses its claims for a permanent injunction, disgorgement, and a civil penalty for violations of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] against Optimum Income Property, LLC and Optimum Property Investments, LLC with prejudice.

Dated: September 18, 2017

Respectfully submitted,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622
Email: loomism@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Georgia Bar No. 759054
Tel: (404) 842-7655
Email: murnahank@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, Georgia 30326
Tel: (404) 842-7600
Fax: (703) 813-9525

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM INCOME PROPERTY, LLC, OPTIMUM PROPERTY INVESTMENTS, LLC, and FRANK E. LLERAS,<br><br>Defendants. | Civil Action No. 3:16-cv-00073-RJC-DCK |

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of September, 2017 I have served the foregoing on the following non-CM/ECF filer by UPS Express mail courier:

Optimum Income Property, LLC
c/o Frank E. Lleras
Register No. 31051-058
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509

Frank E. Lleras
Register No. 31051-058
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509

Frank E. Lleras
Register No. 31051-058
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, North Carolina 27509

3

Case 3:16-cv-00073-RJC-DCK   Document 11   Filed 09/18/17   Page 3 of 4

Respectfully submitted,

*/s/ Kristin W. Murnahan*

4